# Third District Court of Appeal

## State of Florida

Opinion filed May 4, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1765
Lower Tribunal Nos. F85-32540, 09-50922, F85-32539, F85-32541, F08-34057, F86-4671

_____

**Juan Francisco Vega,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marlene Fernandez-Karavetsos, Judge.

Carlos J. Martinez, Public Defender, and James Odell and Andrew Stanton, Assistant Public Defenders, for appellant.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before SCALES, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed. See Barron v. State, 217 So. 3d 1088, 1091 (Fla. 3d DCA 2017) (allowing trial court to weigh and consider competing expert testimony to determine if the probable cause threshold is met); see also Vega v. Dep't of Child. and Fams., 215 So. 3d 193, 194 (Fla. 3d DCA 2017) ("The trial court properly found the statute at issue to be constitutional."); see also Anderson v. State, 93 So. 3d 1201, 1209 (Fla. 1st DCA 2012) (Padovano, J., concurring) ("It is doubtful that the statute of limitations can be applied at all in a Jimmy Ryce Act proceeding, as there is no point at which the action can be said to have accrued.").